IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCUS RAY EMERY, II                                                                                        PLAINTIFF

      v.                               Civil No. 06-5217

NURSE SUE McDONALD;
OFFICER LARKIN; and
NURSE ANDREA BARRETT                                                                                    DEFENDANTS

### ORDER

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **June 15, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 15th day of March 2007.


/s/ *J. Marschewski*
  HON. JAMES R. MARSCHEWSKI
  UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)