IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCUS RAY EMERY, II,                                                        PLAINTIFF

v.                              CASE NO. 06-5217

SUE McDONALD, Nurse;
OFFICER LARKIN; and
ANDREA BARRETT, Nurse;                                                       DEFENDANTS

## ORDER

      Plaintiff has filed this Section 1983 action pro se and in forma pauperis (IFP). Now before the Court is the Defendants' Motion to Amend Answer (Doc. 18) and the Plaintiff's Motion to Dismiss (Doc. 21). Defendants seek to amend their Answer to the Complaint so that named Defendant "Andrea Barrett's" responses are corrected to identify those responses are actually of "Andrea Garrett." Plaintiff's Motion to Dismiss notes the defendant Plaintiff intended to name is indeed "Andrea Garrett." Plaintiff also moves the court to dismiss his suit as to Defendant Garrett.

      Accordingly, Defendants' Motion to Amend their Answer (Doc. 18) is GRANTED. The record and Docket will correctly name Defendant "Andrea Barrett" as Defendant "Andrea Garrett." Moreover, Plaintiff's Motion to Dismiss is GRANTED. (Doc. 21) Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff's claims as to Defendant Garrett are hereby DISMISSED without prejudice.

      IT IS SO ORDERED this 2nd day of May, 2007.

                                                                  /s/ J. Marschewski
                                                               HON. JAMES R. MARSCHEWSKI
                                                               UNITED STATES MAGISTRATE JUDGE