IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCUS RAY EMERY, II,                                                                 PLAINTIFF

v.                                              CASE NO. 06-5217

SUE McDONALD, Nurse;
OFFICER LARKIN; and
ANDREA BARRETT, Nurse;                                                              DEFENDANTS

**ORDER**

Plaintiff has filed this Section 1983 action pro se and *in forma pauperis* (IFP).  Now before the Court is the Motion to Amend/correct Complaint (Doc. 26).  In this Motion, Plaintiff seeks to change his address to 2120 Breeden Road, Tuckerman, Arkansas, 72473.  Plaintiff also seeks to amend his complaint to state a claim against Dr. Huskins.  Plaintiff's Motion is GRANTED. The clerk is directed to add Dr. Huskins as a Defendant.  The clerk is also directed to file Plaintiff's Motion to Amend as a Supplement to Plaintiff's Complaint.

The Court, having previously allowed Plaintiff to proceed in forma pauperis, hereby directs the United states Marshal to serve Dr. Huskins with the Complaint, Addendum, and Supplement. Dr. Huskins may be served at the Benton County detention Center, 1300 SW 14th street, Bentonville, Arkansas 72712.

Dr. Huskins is to be served without prepayment of costs and fees or security therefor.  Dr. Huskins is directed to answer Plaintiff's Supplement to the Complaint within twenty (20) days of the date of service.

Additionally, the court has been notified of a change of address for Plaintiff.  Accordingly, we hereby direct the same to be entered of record this date and a file-marked copy provided to all

parties of record.  The clerk is also directed to re-mail to Plaintiff any pleadings or correspondence which may have been returned as undeliverable.

    Plaintiff's new address is:

        Marcus Ray Emery II
        2120 Breeden Road
        Tuckerman, Arkansas 72473

    IT IS SO ORDERED this 22nd day of June, 2007.

                                    /s/ *J. Marschewski*
                                HON. JAMES R. MARSCHEWSKI
                                UNITED STATES MAGISTRATE JUDGE