IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCUS RAY EMERY, II,                                                              PLAINTIFF

v.                                        CASE NO. 06-5217

SUE McDONALD, Nurse;
OFFICER LARKIN;
ANDREA GARRETT, Nurse;
and DR. HUSKINS;                                                                   DEFENDANTS

## ORDER

This Court previously Ordered that Defendants McDonald, Larkin, and Garrett file a Motion for Summary Judgment (Doc. 17). These Defendants filed a Motion for Summary Judgment on June 11, 2007. On June 19, 2007 Plaintiff filed a Motion to Amend his complaint and name Dr. Huskins as a Defendant (Doc. 26). This Motion was granted and Defendant Huskins Answered the Complaint on July 16, 2007 (Doc. 29).

Accordingly, as it appears this case may be resolved by a Motion for Summary Judgment, newly-named Defendant Dr. Huskins is directed to file a Motion for Summary Judgment on or before **November 19, 2007.** Plaintiff should not respond to the Motion for Summary Judgment until directed to do so by the Court.

IT IS SO ORDERED this 19th day of October 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE