IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCUS RAY EMERY, II,                                                          PLAINTIFF

v.                                        CASE NO. 06-5217

SUE McDONALD, Nurse;
OFFICER LARKIN;
and DR. HUSKINS;                                                               DEFENDANTS

### ORDER

On June 11, 2007, Defendant McDonald and Larkin filed a summary judgment motion (Doc. 23); Defendant Huskins filed a summary judgment motion on November 16, 2007 (Doc. 32). To assist plaintiff in responding to the summary judgment motions, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing an opinion on the summary judgment motions.

For this reason, Marcus Ray Emery is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **February 19, 2008.** Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 18th day of January 2008.

                        /s/  *J. Marschewski*
                        HON. JAMES R. MARSCHEWSKI
                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARCUS RAY EMERY, II,                                                                                          PLAINTIFF

v.                                                  CASE NO. 06-5217

SUE McDONALD, Nurse;
OFFICER LARKIN;
and DR. HUSKINS;                                                                                               DEFENDANTS


**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  MARCUS RAY EMERY, II

 On June 11, 2007, Defendant McDonald and Larkin filed a summary judgment motion (Doc. 23); Defendant Huskins filed a summary judgment motion on November 16, 2007 (Doc. 32). Accordingly, these questions and answers will serve as your response to defendants' motions for summary judgment. You may use additional sheets of paper in responding to these questions. You must file this response by **February 19, 2008.**

 1. Your claim against Nurse McDonald is that she did not comply with the Doctors order that your dosage of antitriplain be increased from 25 mg to 50 mg to 100 mg. On what date did the Doctor order your dosage to increase?

_____

_____

_____

 2. Your claim against Deputy Larkin is that he did not provide you with a grievance form when asked and that he verbally harassed you on October 28, 2006. From whom did you receive the grievance form you filled out and turned in on October 28, 2006?

_____

_____

(A) How long after Deputy Larkin denied you a form did you have to wait to receive the form you completed on October 28, 2006?

_____

_____

3.	Your claim against Dr. Huskins is that he "pulled" medication that was prescribed for you for manic depression/bipolar disorder/schizophrenia. You were given Amitiptline from September 27, 2006 until October 30, 2006 and Senequar from October 30, 2006 until November 3, 2006 when you were put on Elavil.

   Answer: Agree_____ Disagree_____ Without knowledge to agree or disagree____

   If you disagree, explain below, including an explanation of Defendants' Document 25,
       Exhibits 2 and 3.

_____

_____

_____

_____

4.	You saw the doctor within days of each medical request you submitted.

   Answer: Agree_____ Disagree_____ Without knowledge to Agree or Disagree_____

   If you disagree, explain, include an explanation to Document 25, Exhibits 2 and 3.

_____

_____

_____

_____

5.      Following your requests that your medications be reinstated, you were seen by the doctor or nurse.

  Answer: Agree_____ Disagree_____

  If you disagree, provide the dates you requested to see the doctor regarding the reinstatement of your medications, but were not allowed to do so.

_____

_____

_____

_____

6.      Below list the physical injuries you suffered due to Nurse McDonald not complying with the Doctor's orders.

_____

_____

_____

_____

  (a) List the physical injuries you suffered due to Officer Larkin not providing you with a grievance form.

_____

_____

_____

_____

(b) List the physical injuries you suffered due to Dr. Huskins discontinuing your medications.

_____

_____

_____

_____

(c) Are you currently seeking medical treatment for any of these injuries?

Answer: Yes____ No_____

If yes, list those injuries below.

_____

_____

_____

Detail below any further response you would like to make to defendants' summary judgment motion. If you have exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____DAY OF _____2008.

                                                                                                                            _____

                                                                                                                            MARCUS RAY EMERY III