```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**MARCUS RAY EMERY, II**                                                **PLAINTIFF**

        **v.**            **Civil No. 06-5217**

**SUE McDONALD, Nurse;**
**OFFICER LARKIN; and**
**DR. HUSKINS**                                                        **DEFENDANTS**

### O R D E R

Now on this 27th day of March, 2008, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #38), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, the **Motion For Summary Judgment** of defendants McDonald and Larkin (document #23) is **granted**, and plaintiff's claims against these defendants are **dismissed**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, the **Motion For Summary Judgment** of defendant Huskins (document #32) is **granted**,

and plaintiff's claims against this defendant are also **dismissed.**

    **IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**